DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**1 MAY 2003**

| No. 178P03<br><br>Case below:<br><br>150 N.C. App. 566 | State v. Stafford | Def's PWC to Review the Decision of the COA (COA01-532) | Denied |
|---|---|---|---|
| No. 095P03<br><br>Case below:<br><br>155 N.C. App. 1 | State v. Wade | 1. Def's NOA Based Upon a Constitutional Question (COA02-25)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| No. 561P02<br><br>Case below:<br><br>150 N.C. App. 718 | State v. Willoughby | Def's PWC to Review the Decision of the COA (COA01-899) | Denied |
| No. 152P03<br><br>Case below:<br><br>156 N.C. App. 292 | Strickland v. Doe | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-399) | Denied |
| No. 527P02<br><br>Case below:<br><br>152 N.C. App. 659 | Sudds v. Gillian | Plt's PDR Under N.C.G.S. § 7A-31 (COA01-998) | Denied |
| No. 640P02<br><br>Case below:<br><br>154 N.C. App. 522 | Taylor v. K-Mart Corp. | 1. Plt's NOA Based Upon a Constitutional Question (COA02-329)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| No. 105P03<br><br>Case below:<br><br>155 N.C. App. 282 | Teasley v. Beck | Plts' PDR Under N.C.G.S. § 7A-31 (COA02-212) | Denied |
| No. 478P02<br><br>Case below:<br><br>151 N.C. App. 752 | Ward v. Floors Perfect | Plt's PDR Under N.C.G.S. § 7A-31 (COA01-568) | Denied |

## PETITION TO REHEAR
## 1 MAY 2003

| No. 319A02<br>Case below:<br>356 N.C. 654 | Alford v. Catalytica Pharms., Inc. | Def's (Catalytica Pharmaceuticals, Inc. ) Petition for Rehearing (COA01-959) | Denied |
|---|---|---|---|